IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| JENNA BLOCK, | § | C.A. NO. 3:17-CV-240 |
|    Plaintiff, | § | |
| | § | |
| VS. | § | |
| | § | |
| LOW-T CENTERS, INC. and | § | |
| LOW-T SHARED SERVICES, LLC | § | |
|    Defendants. | § | JURY TRIAL DEMANDED |

## PLAINTIFF'S ORIGINAL COMPLAINT

Plaintiff Jenna Block ("Block") files her Original Complaint against Defendants Low-T Shared Services LLC ("Low-T Shared Services LLC"), and LOW-T Centers Inc. (collectively referred to as "Defendants") and for causes of action would respectfully show that:

### I. PRELIMINARY STATEMENT

1. Plaintiff brings this civil action pursuant to the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201 et. seq. (the "FLSA" or the "Act") to recover unpaid back wages (29 U.S.C. § 211(a)), an additional equal amount as liquidated damages (29 U.S.C. § 216(c)), attorney's fees and costs (29 U.S.C. § 216), and pre- and post-judgment interest.

### II. PARTIES

2. Block is an individual residing in Brazoria County within Southern District of Texas Galveston, Division.

3. Low-T Shared Services, LLC is a for-profit Texas corporation with its headquarters at 1901 John McCain Rd., Suite H, Colleyville, Texas 76034. It may be served with Citation by serving its Registered Agent for Service of Process, Moraine & Associates P.L.L.C. at 60 Village Lane Suite 110, Colleyville, Texas 76034.

4. Low-T Centers Inc. is a Delaware corporation which is the parent of Low-T Shared Services, LLC. It is listed as a member of Low-T Shared Services, LLC in Texas Secretary of State filings. It may be served with Citation by serving its Registered Agent for Service of Process, Moraine & Associates at 60 Village Lane, Suite 110, Colleyville, Texas 76034.

### III. JURISDICTION AND VENUE

5. Jurisdiction is proper in this court pursuant to 28 U.S.C. § 1131 (federal question jurisdiction), and 29 U.S.C. § 216(b) (FLSA jurisdiction).

6. Venue is proper in the Southern District of Texas, Galveston Division, because Defendants' violations of the FLSA took place in Galveston County within this division. Specifically, Block worked in the Southern District of Texas, Galveston Division as an employee of Defendants.

### IV. VIOLATIONS OF THE FLSA

**FLSA Enterprise and/or Individual Coverage:**

7. Defendants each and in combination have annual gross revenue in excess of $500,000.

8. Defendants run medical facilities throughout the country that deal with testosterone treatment. Upon information and belief, each medical facility run by Defendants has revenue in excess of $500,000.

9. Combining the revenue from these facilities yields revenues of millions or tens of millions of dollars in combination.

**Non-Exempt Status of Plaintiff's Position:**

10. Block is a former employee of Defendants. She was employed by Defendants for approximately 3 years until April 2017.

11. Block was always classified as an hourly employee.

12. Block was not allowed to clock overtime hours, because overtime required prior approval.

13. Block was given more work than she could perform in 40 hours.

14. Block would work off-the-clock for the company. She averaged two to three hours of overtime when she worked full weeks once off-the-clock time was included.

15. Block was expected and required to answer phones when she was clocked out for lunch breaks.

16. Block was docked for lunch breaks that she did not take by Orobosa Oghide.

17. Block would also come in and begin working typically before the office opened on a regular basis. Rarely, she would work off-the-clock after the office closed.

18. Management at her office and co-workers were aware of Block working early and performing work during lunch breaks.

## V. DEFENDANT'S OVERTIME VIOLATIONS

19. Block was paid by Defendants on an hourly basis for up to forty hours per week.

20. Block worked but was not paid for hours she worked past forty in each workweek.

21. Because Block is a non-exempt employee, Defendants are and were required to pay her time and one-half for each hour worked in excess of forty hours per workweek, but have not done so.

22. Defendants' illegal pattern and practice with respect to denying payment to Block for overtime compensation was and is in violation of the FLSA. Defendants knew or should have known that their policies and practices violate the FLSA, and Defendants did not make a good faith effort to comply with the FLSA. Rather, Defendants knowingly, willfully, and/or with

3

reckless disregard carried out their illegal pattern or practice regarding their failure to pay Block overtime compensation.

23. Block was titled a medical assistant and client account manager, at the relevant time and was an hourly employee earning between $19.00 per hour. Because she is an hourly employee, she does not qualify as an exempt salaried employee under the FLSA.

24. Block was not compensated for work she performed in excess of forty hours.

25. Block estimates she was working 2 to 3 hours over 40 hours in many weeks (including eating lunch at her desk) and was being compensated only for 40 hours.

**Back Wages, Liquidated Damages, Attorney's Fees and Costs:**

26. As a result of the underpayment of wages alleged above, Defendants are indebted to Plaintiff in the amount of unpaid overtime compensation.

27. Plaintiff is further entitled to recover an additional equal amount as liquidated damages (29 U.S.C. § 216(c)) and attorney's fees and costs (29 U.S.C. § 216).

## VI. JURY DEMAND

28. Plaintiff demands a trial by jury.

## VII. PRAYER

29. WHEREFORE, Plaintiff respectfully requests that the Court render Judgment against each of the Defendants under the FLSA in the amounts of unpaid overtime compensation due Plaintiff, additional equal amounts as liquidated damages, pre-judgment interest, post-judgment interest, and reasonable attorney's fees and costs of court, as well as any further relief the court deems necessary and proper.

Respectfully Submitted,

/s/ *Hessam Parzivand*
**Hessam Parzivand**
TBA # 24071157
Federal Bar # 1129776

**THE PARZIVAND LAW FIRM, LLC**
The Parzivand Law Firm, PLLC
10701 Corporate Drive, Suite 185
Stafford, Texas 77477
T: (713) 533-8171
F: (713) 533-8193
HP@parzfirm.com

**ATTORNEY FOR PLAINTIFF**
**JENNA BLOCK**