United States District Court
Southern District of Texas
**ENTERED**
May 25, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| JENNA BLOCK, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 3:17-CV-240 |
| | § | |
| LOW-T CENTERS, INC., *et al*, | § | |
| | § | |
| Defendants. | § | |

## FINAL DISMISSAL ORDER

Before the Court is the parties' Joint Motion to Dismiss with Prejudice. Dkt. 11.

Upon consideration of the stipulation and pursuant to Rule 41(a)(1)(A)(ii) of the Federal

Rules of Civil Procedure:

It is hereby **ORDERED** that any and all claims, causes of action, and requests for

affirmative relief asserted or requested by Plaintiff against Defendants are hereby

**DISMISSED WITH PREJUDICE**.

Each party is to bear his/her or its own costs of court.

All pending motions are hereby **DENIED as moot.**

This is a **Final Judgment**.

SIGNED at Galveston, Texas, this 25th day of May, 2018.

_George C. Hanks Jr._
George C. Hanks Jr.
United States District Judge